EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2025 TSPR 60 |
| | |
| Aprobación de Cambio de Estatus Inactivo de abril de 2025 | 215 DPR ___ |

Número del Caso:  EM-2025-0006

Fecha:  23 de mayo de 2025

Materia:  Aprobación de Cambio de Estatus Inactivo de abril de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus    EM-2025-0006
Inactivo de abril de 2025

RESOLUCIÓN

En San Juan, Puerto Rico, a  23  de mayo de 2025.

Durante el periodo de abril de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Luis F. Abreu Elías | 3,225 |
| José Matías Soto | 6,136 |
| Enrique Rodríguez Rodríguez | 7,033 |
| Daisy López Nunci | 8,565 |
| Melba Lajara Martínez | 9,376 |
| Elizabeth Cabassa Rosario | 9,907 |
| Eugenio J. Hopgood Dávila | 12,044 |
| Cynthia M. González Aranguren | 12,406 |
| Carlos A. Martínez González | 20,188 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo